**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

CITATION/CASE NO. <u>6:10-mj-00158 MJS</u>

U.S.A.
v.

<u>Patricia Cabrera_____</u>

**ORDER TO PAY**

(this area intentionally left blank)

_____

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ <u>     365.00     </u>    (✓) **Penalty ASSESSMENT** of $ <u>     10.00     </u>

(✓) **PROCESSING Fee** of $ <u>     25.00     </u>    for a **TOTAL AMOUNT** of $ <u>     400.00     </u> ,

paid within _____ days / months  **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

(✓) REVIEW/Post Sentencing HEARING DATE: <u>March 1, 2011</u> at <u>10:00</u> (a.m.)/ p.m. in Dept. _____
(  ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
(  ) RESTITUTION _____
(  ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
(  ) Traffic School By: _____ with Proof mailed to _____
(  ) PROBATION to be unsupervised / supervised for: _____
<u>12 weeks of parenting classes</u>
_____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

|   | CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 |   | CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | ✓ | CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: <u>September 14, 2010</u>    _____<u>/s/ W.Kusamura</u>_____
                          for: U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007